UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHARLES SCHOOL,

Plaintiff,

v.

KELLY BABINEAU, et al.,

Defendants.

Case No. 2:26-cv-01383-DAD-CSK (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT PREJUDICE

(Doc. No. 7)

Plaintiff initiated this civil action by filing a complaint on April 7, 2026, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On October 6, 2026, the assigned magistrate judge issued the pending findings and recommendations recommending that this action be dismissed due to plaintiff's failure to prosecute this action, noting that on September 9, 2026, the magistrate judge had issued an order requiring plaintiff to show cause why this case should not be dismissed due to his failure to effect service on the defendants within the time provided by Rule 4(m) of the Federal Rules of Civil Procedure and due to his failure to prosecute this action and that plaintiff had not responded to that order in any way. (Doc. No. 7) (citing Doc. Nos. 5, 6).

The October 6, 2026 findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service.

(*Id.* at 4–5.) No objections to the pending findings and recommendations have been filed by plaintiff, nor has plaintiff otherwise communicated with the court, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis

Accordingly:

1. The October 6, 2026 findings and recommendations (Doc. No. 7) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice due to plaintiff's failure to prosecute and failure to comply with the court's orders; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **November 12, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE